FILED
2009 AUG -5 AM 10: 11

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: 09-1664 M |
|---|---|
| v. Alfred Nash Villalobos DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 8/4/09 3   ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 1503 Endeavored to Obstruct Justice
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1965
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☐ No
    ☑ Yes   Name: Munger Tolles and Olson   and Phone Number: 213-683-9100
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: Nicole   Time: 9:50 ☑ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 8/5/09
16. Name: Joy Mitchell (Please Print)
17. Agency: FBI
18. Signature: Joy Mitchell
19. Office Phone Number: 310-996-3946

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION