FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2009

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 09-1664 M |
| v. | |
| Alfred Nash Villalobos | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, __Alfred Nash Villalobos__, declare that
   (Defendant)

☒ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __5__ day of __August__, 20__09__
at __LA, CA__
       (City and state)

_____
Signature of Defendant

CR-37 (01/07)                                   DECLARATION RE PASSPORT