FILED

2009 AUG 21  PM 4: 11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR **CR 09 00824** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [18 U.S.C. § 1503(a): Endeavoring to Obstruct Justice; 18 U.S.C. § 1951(a): Interfering with Commerce by Extortion] |
| ALFRED NASH VILLALOBOS, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1503(a)]

Beginning no earlier than February 5, 2009, and continuing to on or about August 4, 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant ALFRED NASH VILLALOBOS ("VILLALOBOS") corruptly, and by threatening letter and communication, endeavored to influence, obstruct, and impede the due administration of justice, in that defendant VILLALOBOS solicited cash payments totaling at least $100,000, other compensation worth approximately $24,000, and a fraudulent charitable donation receipt in the amount of at least $6,000, from the target of a pending federal

grand jury investigation, in exchange for an agreement that defendant VILLALOBOS would cause his client, O.A., to make the following false and misleading statements, among others, to the Assistant United States Attorney and grand jury conducting that investigation: (1) O.A. worked full-time for an organization operated by A.Y., the target of the grand jury investigation; (2) O.A. did not return to A.Y. or his organization any of the monies she had been paid as a purported employee of the organization; (3) O.A. overheard another witness, M.D., state that M.D. was personally biased against A.Y.; and (4) O.A.'s statements to the Assistant United States Attorney and grand jury were truthful and had not influenced in any manner.

COUNT TWO

[18 U.S.C. § 1951(a)]

Beginning no earlier than February 5, 2009, and continuing to on or about August 4, 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant ALFRED NASH VILLALOBOS attempted to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, by extortion, in that defendant VILLALOBOS attempted to obtain property to which he was not entitled, namely, at least $100,000 in cash payments, other compensation worth approximately $24,000, and a fraudulent charitable donation receipt in the amount of at least $6,000, from B.G. and A.Y., with their consent, induced by wrongful use of fear, in particular, that if these payments were not made, defendant VILLALOBOS' client, O.A., would help to incriminate A.Y. in a federal grand jury investigation.

A TRUE BILL

/S/

_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

DANIEL S. GOODMAN
Assistant United States Attorney
Acting Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Acting Chief, Major Frauds Section

JOSEPH N. AKROTIRIANAKIS
Assistant United States Attorney
Major Frauds Section

3