# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



ORIGINAL

### CASE SUMMARY

CR 09 00824

| | |
|---|---|
| Case Number _____ | Defendant Number 1 |
| U.S.A. v. ALFRED NASH VILLALOBOS | Year of Birth 1965 |
| ☑ Indictment ☐ Information | Investigative agency (FBI, DEA, etc.) FBI |

FILED
2009 AUG 21 PM 4:11

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

## OFFENSE/VENUE

a. Offense charged as a:

☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
☐ Petty Offense   ☐ Class B Misdemeanor

b. Date of offense FEBRUARY 5 - AUGUST 4, 2009

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY

☑ Los Angeles      ☐ Ventura
☐ Orange      ☐ Santa Barbara
☐ Riverside      ☐ San Luis Obispo
☐ San Bernardino      ☐ Other _____

Citation of offense 18 U.S.C. 1503(a), 1951(a),
_____

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?      ☐ No      ☐ Yes
IF YES   Case Number N/A _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** N/A _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: AUGUST 4, 2009
Case Number 09-1664M
Charging 18 U.S.C. 1503(a)

The complaint:   ☑ is still pending
☐ was dismissed on: N/A

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*      ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*      ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT ?   ☐ Yes      ☐ No**

This is the   N/A   superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A _____
Case Number N/A _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
N/A _____
☐ was previously dismissed on N/A _____

Are there 8 or more defendants in the superseding case?
☐ Yes*      ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*      ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes      ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes      ☐ No
IF YES, list language and/or dialect:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**

☑ Male                    ☐ Female

☑ U.S. Citizen            ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:          ☑ All counts

☐ Only counts: _____

☐  This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐  This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes      ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption
☐ government fraud                  ☐ tax offenses
☐ environmental issues             ☐ mail/wire fraud
☐ narcotics offenses               ☐ immigration offenses
☐ violent crimes/firearms          ☐ corporate fraud
☑ Other: Obstruction of Justice, Extortion

_____

_____

_____

**CUSTODY STATUS**

<u>Defendant is **not** in custody:</u>

a. Date and time of arrest on complaint: 8/4/09, 3:00 pm

b. Posted bond at complaint level on: 8/5/09
   in the amount of $ 100K

c. PSA supervision?        ☑ Yes        ☐ No

d. Is a Fugitive           ☐ Yes        ☑ No

e. Is on bail or release from another district:
   N/A

f. ☐ Has not been arrested but will be notified by summons to appear.

g. Warrant requested.      ☐ Yes        ☐ No

<u>Defendant is **in** custody:</u>

a. Place of incarceration:   ☐ State     ☐ Federal

b. Name of Institution: N/A

c. If Federal: U.S. Marshal's Registration Number:
   N/A

d. ☐ Solely on this charge.  Date and time of arrest:
   N/A

e. On another conviction:    ☐ Yes        ☐ No
   IF YES ☐ State          ☐ Federal      ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes        ☐ No
   IF YES ☐ State          ☐ Federal      AND
   Name of Court: N/A

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

_____

_____

_____

_____

Date August 19, 2009 _____          _____
                                            *Signature of Assistant U.S. Attorney*

                                            JOSEPH N. AKROTIRIANAKIS _____
                                            *Print Name*