## *Memorandum*

ORIGINAL

CR 09 00824

| Subj: | Date: |
|---|---|
| United States v. Alfred Nash Villalobos | August 19, 2009 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>Clerk of Court<br>United States District Court<br>Central District of California | JOSEPH N. AKROTIRIANAKIS<br>Assistant United States Attorney<br>Criminal Division |

FILED 2009 AUG 21 PM 4:11

The matter relating to the above-referenced criminal action,

United States v. Alfred Nash Villalobos, being filed on 8/21/09,

[ ] is

[✓] is not

a matter (1) that was pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

JOSEPH N. AKROTIRIANAKIS
Assistant United States Attorney
Criminal Division