1

**JONES DAY**
Brian A. Sun (State Bar No. 089410)

2
basun@jonesday.com
Frederick D. Friedman (State Bar No. 73620)

3
ffriedman@jonesday.com
555 South Flower Street

4
Fiftieth Floor
Los Angeles, CA  90071-2300

5
Telephone:   (213) 489-3939
Facsimile:   (213) 243-2539

6

**SCHEPER KIM & OVERLAND LLP**

7
David C. Scheper (State Bar No. 120174)
dscheper@scheperkim.com

8
Angela Machala (State Bar No. 224496)
amachala@scheperkim.com

9
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025

10
Telephone:   (213) 613-4655
Facsimile:   (213) 613-4656

11

**Attorneys for Defendant**

12
**ALFRED NASH VILLALOBOS**

13

UNITED STATES DISTRICT COURT

14

CENTRAL DISTRICT OF CALIFORNIA

15

16

17
UNITED STATES OF AMERICA,

Case No. 09-00824-UA

18
Plaintiff,

**STIPULATION AND
[PROPOSED] ORDER
MODIFYING CONDITIONS OF
RELEASE**

19
v.

20
ALFRED NASH VILLALOBOS,

21
Defendant.

22

23

24

25

26

27

28

1     IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

2  United States of America and defendant Alfred Nash Villalobos ("Mr. Villalobos"),

3  as follows:

4     Mr. Villalobos was arraigned on August 5, 2009.

5     Bail was set in the amount of $100,000, with the posting of property at 112

6  Cypress Way, Stateline, NV, 89449 (the "Cypress Way property"), owned jointly

7  by Mr. Villalobos' sister Carrissa M. Villalobos and Mr. Villalobos' father Alfred

8  Robles Villalobos.  Carrissa M. Villalobos was required to file an affidavit of surety

9  (Form CR-3) as to this property.  Mr. Villalobos was released forthwith, with the

10  bond to be posted by August 27, 2009.

11     Mr. Villalobos would like to substitute a cash bond of $100,000, and would

12  like to have until September 4, 2009 to do so.

13     Mr. Villalobos would also like a modification of his travel conditions.  Mr.

14  Villalobos resides in Stateline, NV.  His travel is restricted to the Central District of

15  California and the District of Nevada.  Although he lives in Nevada, Stateline, NV

16  is on the California border and Mr. Villalobos' minor children attend school in

17  California in the Stateline area.  Mr. Villalobos' church is located in California in

18  the Stateline area.  Accordingly, he would like the travel restriction to include the

19  Eastern District of California.  He would also like the travel restriction to include

20  the Northern District of California, as Mr. Villalobos may have to pass through a

21  part of that District when driving from his home to Los Angeles.

22     The current bail conditions give Mr. Villalobos 30 days (to September 8,

23  2009) to clear an outstanding warrant which Mr. Villalobos believes to be a traffic

24  warrant in Los Angeles dating back several years.  Out of an abundance of caution,

25  Mr. Villalobos would like extra time to resolve the warrant.

26     The United States does not oppose these requested modifications in Mr.

27  Villalobos' conditions of release, except that with regard to continuing the date that

28  the cash bond must be posted from August 27, 2009 to September 4, 2009, the

1  United States takes no position.

2        Accordingly, it is stipulated and agreed as follows:

3        1.  The condition that Mr. Villalobos' sister file an affidavit of surety

4  covering the Cypress Way property and post the Cypress Way property is removed.

5  A new condition is imposed requiring Mr. Villalobos to post a cash bond in the

6  amount of $100,000.

7        2.  The date by which the $100,000 cash bond must be posted is continued

8  from August 27, 2009 to September 4, 2009 (with the United States taking no

9  position as to this requested continuance).

10        3.  Mr. Villalobos' travel conditions are modified to permit travel to the

11  Eastern District of California as needed by Mr. Villalobos in connection with his

12  daily life in Stateline, NV and in connection with any travel to the Central District

13  of California to meet with his counsel and otherwise assist in the preparation of his

14  defense.  The travel restriction is also modified to permit travel through the

15  Northern District of California if necessary when Mr. Villalobos drives from his

16  home to Los Angeles.

17        4.  Mr. Villalobos may have until October 8, 2009 to clear the outstanding

18  Los Angeles warrant.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  //

26  ///

27  ///

28  ///

1      5. In all other respects, the existing conditions of release remain unchanged.

2

3    IT IS SO STIPULATED:

4    Dated:      August 24, 2009          THOMAS P. O'BRIEN
                                          United States Attorney
5                                         CHRISTINE C. EWELL
                                          Assistant United States Attorney
6                                         Chief, Criminal Division

7

8                                         /s/ (with perm. by e-mail 8/24/09)
                                          JOSEPH N. AKROTIRIANAKIS
9                                         Assistant United States Attorney

10                                        Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA
11

12   Dated:      August 24, 2009          JONES DAY
                                          BRIAN A. SUN
13                                        FREDERICK D. FRIEDMAN

14                                        SCHEPER KIM & OVERLAND LLP
                                          DAVID C. SCHEPER
15                                        ANGELA MACHALA

16

17                                        David Scheper /aw
                                          _____
18                                        DAVID C. SCHEPER

19                                        Attorneys for Defendant
                                          ALFRED NASH VILLALOBOS
20

21

22

23

24

25

26

27

28