1  **JONES DAY**
   Brian A. Sun (State Bar No. 089410)
2  basun@jonesday.com
   Frederick D. Friedman (State Bar No. 73620)
3  ffriedman@jonesday.com
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA  90071-2300
5  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
6
   **SCHEPER KIM & OVERLAND LLP**
7  DAVID C. SCHEPER (State Bar No. 120174)
   dscheper@scheperkim.com
8  ANGELA M. MACHALA (State Bar No. 224496)
   amachala@scheperkim.com
9  601 West Fifth Street, 12th Floor
   Los Angeles, CA  90071-2025
10 Telephone: (213) 613-4655
   Facsimile:  (213) 613-4656
11
   **Attorneys for Defendant**
12 **ALFRED NASH VILLALOBOS**

13
                    **UNITED STATES DISTRICT COURT**
14
        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
15

16
   UNITED STATES OF AMERICA,          CASE NO. CR 09-00824-UA
17
                     Plaintiff,       ~~[PROPOSED]~~ ORDER
18                                    MODIFYING CONDITIONS OF
                v.                    RELEASE
19
   ALFRED NASH VILLALOBOS,            Trial Date:        None set
20
                     Defendant.
21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

1        Based upon the stipulation of counsel for the parties,

2        IT IS HEREBY ORDERED that:

3        1.  The condition that Mr. Villalobos' sister file an affidavit of surety covering

4 the Cypress Way property and post the Cypress Way property is removed.  A new

5 condition is imposed requiring Mr. Villalobos to post a cash bond in the amount of

6 $100,000.

7        2.  The date by which the $100,000 cash bond must be posted is continued

8 from August 27, 2009 to September 4, 2009 (with the United States taking no

9 position as to this requested continuance).

10        3.  Mr. Villalobos' travel conditions are modified to permit travel to the

11 Eastern District of California as needed by Mr. Villalobos in connection with his

12 daily life in Stateline, NV and in connection with any travel to the Central District of

13 California to meet with his counsel and otherwise assist in the preparation of his

14 defense.  The travel restriction is also modified to permit travel through the Northern

15 District of California if necessary when Mr. Villalobos drives from his home to Los

16 Angeles.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

1     4.  Mr. Villalobos may have until October 8, 2009 to clear the outstanding
2  Los Angeles warrant.
3     5.  In all other respects, the existing conditions of release remain unchanged.
4     IT IS SO ORDERED.
5  DATED:  August 24, 2009
6
7                                    F___d  M.  Olg___
8                              _____
                               UNITED STATES DISTRICT JUDGE
9  Submitted by:
10
11 SCHEPER KIM & OVERLAND LLP
   DAVID C. SCHEPER
12 ANGELA M. MACHALA
13
14 _____
15 By        David C. Scheper
             Attorneys for Defendant
16        ALFRED NASH VILLALOBOS
17
18
19
20
21
22
23
24
25
26
27
28

                              2