```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JOSEPH N. AKROTIRIANAKIS (Cal. Bar No. 197971)
Assistant United States Attorney
Major Frauds Section
   1100 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-2467
   Facsimile: (213) 894-6269
   Email:     joseph.akrotirianakis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-824-GHK |
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER UNSEALING SEARCH WARRANT AND SUPPORTING AFFIDAVIT; DECLARATION OF ASSISTANT UNITED STATES ATTORNEY JOSEPH N. AKROTIRIANAKIS |
| v. | |
| ALFRED NASH VILLALOBOS, | |
| Defendant. | |

The government hereby applies ex parte for an order that a search warrant obtained in the investigation of the above-titled case, In re Search Warrant for the Premises Known As One AT&T Blackberry Handheld Computer, Linked to Email Address nashvilla333@yahoo.com and Believed to Be Used by Alfred Nash Villalobos, No. 09-1662M, be unsealed so that it may be produced to defendant in discovery.

//
//
//
//

1  This ex parte application is based on the attached
2  declaration of Assistant United States Attorney Joseph N.
3  Akrotirianakis.

5  DATED: September 1, 2009             Respectfully submitted,

6                                        THOMAS P. O'BRIEN
                                         United States Attorney

8                                        CHRISTINE C. EWELL
                                         Assistant United States Attorney
                                         Chief, Criminal Division

10                                       *Joseph N. Akrotirianakis*

11                                       JOSEPH N. AKROTIRIANAKIS
                                         Assistant United States Attorney

13                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

DECLARATION OF JOSEPH N. AKROTIRIANAKIS

I, Joseph N. Akrotirianakis, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Alfred Nash Villalobos</u>, CR 09-824-GHK.

2.   During the investigation of defendant Villalobos, the government obtained a search warrant for defendant's BlackBerry. <u>In re Search Warrant for the Premises Known As One AT&T Blackberry Handheld Computer, Linked to Email Address nashvilla333@yahoo.com and Believed to Be Used by Alfred Nash Villalobos</u>, No. 09-1662M ("the search warrant"). The search warrant was ordered sealed until further order of the Court, because defendant had not been taken into custody on the charge contained in a criminal complaint that had been filed concurrently with the search warrant and had not been informed that he was being named as a defendant in the complaint. The Subject BlackBerry was seized at the time of defendant's August 4, 2009 arrest.

3.   Defendant has now been indicted and the matter had been assigned to this Court. By the concurrently-filed application, the government requests that the Court unseal the search warrant and supporting affidavit so that they may be produced to defendant.

//
//
//
//

1

4.  On September 1, 2009, I contacted defense counsel Brian A. Sun, David C. Scheper, and Angela Machala by email to obtain defendant's position on this ex parte application. Ms. Machala responded to my email and informed me that defendant does not oppose this application.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 1st day of September 2009, at Los Angeles, California.

*Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
Assistant United States Attorney

2